**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02263-AP

DANNY ESPINOZA, SR.,

    Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL**

    For Plaintiff:

    Michael W. Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    seckarlaw@mindspring.com

    For Defendant**:**

    JOHN F. WALSH
    United States Attorney

    KEVIN TRASKOS
    Chief, Civil Division
    United States Attorney's Office
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado  80202
    Telephone:  (303) 844-1570
    debra.meachum@ssa.gov

    Attorneys for Defendant

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **9/15/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **10/15/10**.
   C. Date Answer and Administrative Record Were Filed: **12/14/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**
Because of workload and schedules, counsel for both parties request that briefing commence later than 40 days after filing this JCMP

   A. Plaintiff's Opening Brief Due: **2/15/11.**
   B. Defendant's Response Brief Due: **3/15/11.**
   C. Plaintiff's Reply Brief (If Any) Due: **3/30/11.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: Plaintiff does not request oral argument.
   B. Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 4th day of January, 2011.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 454-1570
debra.meachum@ssa.gov