**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02263-WJM

DANNY ESPINOZA, SR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR
AWARD OF ATTORNEY'S FEES**
_____

    This matter is before the Court on the Parties' Stipulated Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, ("EAJA") 28 U.S.C. § 2412(d). The Court having reviewed the Motion and being otherwise fully informed hereby ORDERS as follows:

    The Parties' Stipulated Motion is GRANTED. The Stipulation for attorney's fees pursuant to the EAJA is approved, and Defendant is ORDERED to pay $4,725.00 to Plaintiff for Attorney's fees pursuant to the EAJA. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. IT IS FURTHER ORDERED that

    Payment of the $4,725.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case. This award is WITHOUT PREJUDICE to the right of Plaintiff's counsel to seek attorney's fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provision of the EAJA.

Dated this 18th day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge